| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

RAYMOND POTOSKI, §
　　　　　　　　　　　　　　§
　　　　Petitioner, §
　　　　　　　　　　　　　　§
versus　　　　　　　　　　　§　CIVIL ACTION NO. 1:11-CV-539
　　　　　　　　　　　　　　§
JOHN B. FOX, §
　　　　　　　　　　　　　　§
　　　　Respondent. §

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Raymond Potoski, an inmate confined at the United States Penitentiary in Beaumont, Texas, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court.

The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning the petition. The magistrate judge recommends the petition be denied.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Petitioner filed objections to the Report and Recommendation.

The court has conducted a *de novo* review of the objections asserted by petitioner. After careful consideration, the court is of the opinion that the objections are without merit. For the reasons set forth by the magistrate judge, petitioner is not entitled to credit towards his federal sentence for the time he spent in state custody.

**ORDER**

Accordingly, petitioner's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment shall be entered denying the petition.

SIGNED at Beaumont, Texas, this 26th day of August, 2013.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE